#### IN

## THE SUPREME COURT OF JUDICATURE

##### OF THE

### STATE OF NEW-YORK.

IN AUGUST TERM, 1822, IN THE FORTY-SEVENTH YEAR OF OUR INDEPENDENCE.

---

### BAILEY *against* WARDEN.

MOTION to set aside a justification of special bail. It appeared that the *Sheriff* of the county of *Steuben*, together with another person, had become special bail for the defendant, on the return of the writ of *habeas corpus cum causa*, in this cause; and that both of them justified before a *commissioner*.

*A Sheriff cannot be bail in an action in this Court.*

*Per Curiam.* We have decided that an *attorney* is not good bail, if excepted to; and, for the same reason, we think a *Sheriff* ought not to become bail; and such is the rule of the *English* Courts, which do not allow any person concerned in the process of the Court to become bail. We, therefore, grant the motion. (*a*)

Motion granted.

(*a*) Vide 1 *Dunl. Pr.* 171. *Str.* 390. *Doug.* 466. 2 *Bos. & Pull.* 150. 15 *Johns. Rep.* 535.